In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00348-CV

_____


IN RE ERIC HOUGHTON

_____

Original Proceeding
317th District Court of Jefferson County, Texas
Trial Cause No. C-218,153-B

_____

ORDER

Eric Houghton filed a petition for writ of mandamus. The relator is a party in

Cause No. C-218,153-B, *In the Interest of S.E.T.H. and R.M.R.H.* Relator seeks a

writ compelling the Honorable Larry Thorne, Judge of the 317th District Court of

Jefferson County, Texas, to vacate his order to return child, signed September 15,

2017, and transfer the case to Anderson County, Texas. We note our jurisdiction

over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

Relator requests as temporary relief a stay of all proceedings in the trial court,

including the order to appear and deliver the child on September 22, 2017. *See* Tex.

1

R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's order of September 15, 2017, in Cause No. C-218,153-B and all further proceedings in Cause No. C-218,153-B are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED September 21, 2017.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.